UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | INDICTMENT CR205-33 |
| | ) | |
| v. | ) | VIO: 18 U.S.C. § 922(g)(1) |
| | ) | Possession of Firearms by a |
| DERRELL LEONARD SPRINGS | ) | Convicted Felon |

## ORDER

The government's Motion to Seal Indictment and All Related Papers is GRANTED until further Order of this Court.

This __14TH__ day of July, 2005.

_____
G. R. Smith
United States Magistrate Judge
Southern District of Georgia