UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF GEORGIA

BRUNSWICK DIVISION

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | CR 205-33 |
| v. | ) | |
| | ) | |
| DERRELL LEONARD SPRINGS | ) | |

## ORDER

Upon motion of the United States, it is

ORDERED that Indictment No. CR 205-33 referenced above and any accompanying documentation be unsealed, effective July 19, 2005.

This 25th day of July, 2005.

HONORABLE JAMES E. GRAHAM
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA